IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 13 PM 3:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PAUL F. RICE, et al., )
 )
  Plaintiffs, )
 )
v. )
 )  No. 02-1085 Ml
LIBERTY SURPLUS INSURANCE )
CORPORATION and FEDERAL )
INSURANCE CORPORATION )
 )
  Defendants. )

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Mandate of the Sixth Circuit filed October 28, 2004, summary judgment is entered in favor of Defendants and the case is dismissed with prejudice.

APPROVED:

_[signature]_
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 13, 2005
Date

THOMAS M. GOULD
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-13-05

107

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 1:02-CV-01085 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Wallace A. Christensen
ROSS DIXON & BELL, L.L.P.
2001 K. Street, N.W.
Washington, DC 20006--104

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Lyle Reid
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Alex C. Elder
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William C. Sessions
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Jason G. Whitworth
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Carmen R. Kelley
ROSS DIXON & BELL, L.L.P.
2001 K. Street, N.W.
Washington, DC 20006--104

Honorable Jon McCalla
US DISTRICT COURT